**Plaintiff's Exhibit 1: Pre-leave Priorities Confirmation**

