## Exhibit 2: Email re: PIP

---------- Forwarded message ---------
From: **Varun Khanna** <vkhanna@hubspot.com>
Date: Fri, Apr 18, 2025 at 4:39 PM
Subject: Follow up from our conversation
To: Jonathan Turnbull-Reilly <jturnbullreilly@hubspot.com>


Jonathan,

As discussed in today's meeting, your current performance in the EL role is below expectations. Your level of hands-on technical contribution and ability to balance leadership with execution continues to need improvement, despite the feedback shared with you as part of the 2024 performance review cycle in February.

You mentioned interest in moving to the SSWE2 role, which aligns better with your career goals and allows for more technical focus. Based on the current concerns with your level of technical contribution, over the next month, you need to demonstrate stronger technical contributions to meet the EL bar and show readiness for SSWE2.

Specifically, I expect to see:
- Consistent code contributions - Multiple PRs each week, with a mix of small and larger changes that deliver solid customer value.
    - You returned from parental leave on February 6th, and over the next month—until March 6th—**you did not ship any PRs**. In March as well, your velocity remained low, **with only 9 PRs shipped over the course of 4 weeks**.

- Continued leadership of the Navigation team - Delegate effectively and help the team operate independently, as they are already strong and should not require hands-on guidance for everything. This will include investing in better time management and delegating more to senior engineers, coaching them to become more independent.
    - You have a small, strong team — one team with just three engineers reporting to you—so as an EL, you should be able to contribute a lot more technically while also managing your leadership responsibilities effectively.


If you're able to show solid technical impact over the next month, we may consider your request to move to SSWE2. You are expected to make a good faith effort during the next 30 days to improve your performance, otherwise we will consider whether or not your skillset and performance are acceptable enough to sustain continued employment in this role.

I sincerely hope that you will be able to demonstrate immediate and sustained improvement in the areas noted above. I will do whatever I reasonably can to assist you in this effort.

Thanks,
Varun