UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------- x

JONATHAN TURNBULL-REILLY,                 :
                                          :
                     Plaintiff,           :
       v.                                 :   Civil Action No. 6:26-cv-06512-EAW
                                          :
HUBSPOT, INC. and VARUN KHANNA,           :
                                          :
                     Defendants.          :

---------------------------------------- x

## DEFENDANT HUBSPOT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HubSpot, Inc. ("HubSpot") states it is a publicly traded corporation that is listed on the New York Stock Exchange under the ticker symbol HUBS. HubSpot has no parent company. Based upon a review of filings made with the SEC, HubSpot understands that T. Rowe Price Associates, Inc. and no other publicly held corporation holds 10% or more of HubSpot's outstanding common stock.

Dated: Buffalo, New York            OGLETREE, DEAKINS, NASH,
       August 3, 2026               SMOAK & STEWART, P.C.


                                    */s/ Aaron Warshaw*
                                    Aaron Warshaw
                                    1270 Avenue of the Americas, 24th Floor
                                    New York, New York 10020
                                    (212) 492-2500
                                    aaron.warshaw@ogletree.com

                                    Yomaris Sanchez-Orona
                                    Seneca One Tower
                                    1 Seneca Street, Suite 1075
                                    Buffalo NY 14203
                                    (716) 815-4860
                                    yomaris.sanchez-orona@ogletree.com

                                    *Attorneys for Defendants*