UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN TURNBULL-REILLY,<br><br>Plaintiff,<br><br>v.<br><br>HUBSPOT, INC. and VARUN KHANNA,<br><br>Defendants. | Civil Action No. 6:26-cv-06512-EAW-MJP |

**JOINT PROPOSED DISCOVERY PLAN**

Pursuant to the Order for Proposed Joint Discovery Plan (ECF No. 11), Plaintiff Jonathan Turnbull-Reilly ("Plaintiff") and Defendants HubSpot, Inc. and Varun Khanna ("Defendants") hereby submit this Joint Proposed Discovery Plan in advance of the Rule 16 conference scheduled for September 9, 2026.

**PRE-DISCOVERY**

1. **Counsel.** The names of the attorneys or parties who will appear **TELEPHONICALLY** at the Rule 16 conference and their contact information.

On behalf of Plaintiff: Geoffrey Kalender, Esq.
Telephone: 929-489-0636
E-Mail: gk@employmentlawgk.com

On behalf of Defendants: Aaron Warshaw, Esq.
Telephone: 212-492-2083
E-Mail: aaron.warshaw@ogletree.com

Yomaris Sanchez-Orona, Esq.
Telephone: 716-815-4860
E-Mail: yomaris.sanchez-orona@ogletree.com

2. **Rule 26 meeting.** The date on which the meet and confer required by Rule 26(f) was held, along with the names of the attorneys or parties who participated in that meeting.

The aforementioned counsel for the parties met-and-conferred via videoconference on August 17, 2026.

3. **Summary of claims.** A summary of the claims involved in the case.

Plaintiff is a former employee of Defendant HubSpot, Inc. Plaintiff alleges that Defendant HubSpot discriminated against him based on his sex and retaliated against him by placing him on a performance improvement plan and terminating his employment after he complained about perceived treatment for electing to take parental leave and after he disclosed that he was a whistleblower with regard to HubSpot's cyber practices. Plaintiff filed this action asserting six causes of action: (1) sex discrimination in violation of Title VII against Defendant HubSpot; (2) retaliation in violation of Title VII against Defendant HubSpot; (3) sex discrimination in violation of the New York State Human Rights Law against Defendants; (4) familial status discrimination in violation of the New York State Human Rights Law against Defendants; (5) retaliation in violation of the New York State Human Rights Law against Defendants; and (6) retaliation in violation of New York Labor Law Section 740 against Defendant HubSpot.

Defendants deny the allegations in the Complaint and deny that they are liable to Plaintiff for any amounts as alleged in the Complaint. As set forth in its Answer, Plaintiff's employment termination was for legitimate, lawful reasons: he was unable and unwilling to improve his performance. Defendants deny discriminating or retaliating against Plaintiff because of his sex, parental leave, or purported engagement in protected activity.

4. **Summary of discovery exchanged.** A summary of all discovery exchanged before the Rule 16 conference.

No discovery has been exchanged by the parties as of the date of this submission.

5. **ESI discussions.** Whether the attorneys or parties have discussed if any ESI will be produced and if the parties have entered into an ESI protocol.

It is expected that electronically stored information will be produced in this case. The parties are continuing to confer regarding e-discovery and will submit a proposed ESI protocol if agreed necessary within thirty days of the mediation session.

6. **Protective orders.** Whether the attorneys or parties have discussed the necessity of a protective order, and if so, the parties' expected date of submission of a draft protective order to the Court for approval.

The parties do not anticipate the need for protective order in this case.

7. **Magistrate Judge jurisdiction.** Whether the parties consent to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). A form for consenting to magistrate judge jurisdiction is attached.

Parties do not consent on Magistrate Judge jurisdiction.

## PHASE 1 DISCOVERY

8. **Initial disclosures.** The date for completion of initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A), if not yet made. Alternatively, either party may state whether an exemption applies under Fed. R. Civ. P. 26(a)(1)(B).

September 23, 2026

9. **Mediation.** The parties should note that the Court requires mediation pursuant to its Alternative Dispute Resolution Plan, which is available on the Court's public website. Unless the case is exempt under the District's ADR Plan, the parties must submit proposed mediation dates as discussed herein. And they must comply with sub-paragraphs (a) through (d) below.

a. The parties shall provide the date for completion of preliminary discovery necessary for a settlement conference or mediation.

30 days in advance of any settlement conference or mediation.

b. The parties shall also provide their proposed dates for: selection of a mediator; initial mediation session.

Selection of a mediator: November 6, 2026

Initial mediation session: December 8, 2026

c. Once the parties select a mediator, they must sign and file on the docket the Court's form stipulation selection of mediator, available here: https://www.nywd.uscourts.gov/sites/nywd/files/stip_selection_of_m_ediator_0.pdf.

d. Any motion to opt out of mediation is due no later than 14 business days following the Rule 16 conference scheduled in this matter.

Motion to Opt Out of Mediation: September 23, 2026

10. **Limitations on discovery.** Any changes in the limitations on discovery as provided in Fed. R. Civ. P. 30 (depositions), Fed. R. Civ. P. 33 (interrogatories), and Fed. R. Civ. P. 34 (document requests).

No modifications of limits on discovery requested at this time.

## PHASE 2 DISCOVERY

11. **Motions to amend or join parties.** The date for filing any motions to amend or join parties, to be made returnable before me, unless directed otherwise by the assigned District Judge. Any motion to amend the pleadings to add claims or join additional parties filed after the court-approved deadline will be denied absent a showing of good cause under Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F.4th 95, 115 (2d. Cir. 2021).

December 9, 2026

12. **Motion for Class Certification pursuant to FED. R. CIV. P. 23.**

Not Applicable.

13. **Close of fact discovery.** The parties shall provide the date for completion of all fact discovery.

April 14, 2027

14. **Motions to compel.** The parties shall provide a date by which they will file motions to compel.

April 28, 2027

15. **Experts.** The parties shall state if they anticipate retaining expert witnesses in this case. The parties shall provide date(s) for the exchange of expert reports and for the close of all expert discovery.

The parties anticipate retaining expert witnesses in this case, including on the issues of economic damages and mental health. The parties propose the following expert discovery schedule: (i) party bearing burden of proof to serve expert reports pursuant to Fed. R. Civ. P. 26(a)(2) by May 14, 2027; (ii) rebuttal expert reports to be served by June 14, 2027; (iii) close of all expert discovery by July 14, 2027.

16. **Dispositive motions.** The parties shall supply a date by which they will file dispositive motions. If no dispositive motions are filed by that date, I will consider the case ready for trial and refer it back to the District Judge for scheduling.

August 12, 2027

17. **Trial.** The parties shall advise if a jury trial is requested and the estimated length of the same.

A jury trial is requested. Plaintiff demanded a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38(b) in the First Amended Complaint (ECF No. 6).

Estimated length of time of trial: Estimated length of time of trial: seven (7) to ten (10) days.

DATED: September 2, 2026

GEOFFREY KALENDER, PC

/s/ Geoffrey Kalender (with permission)_
Geoffrey Kalender
447 Broadway, 2nd Floor
New York, NY 10013
Phone: (929) 489-0636
Email: gk@employmentlawgk.com

*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Aaron Warshaw
Aaron Warshaw
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Phone: (212) 492-2500
E-Mail: aaron.warshaw@ogletree.com

Yomaris Sanchez-Orona
Seneca One Tower
1 Seneca Street, Suite 1075
Buffalo NY 14203
Phone: (716) 815-4860
E-Mail: yomaris.sanchez-orona@ogletree.com

*Attorneys for Defendants*