# EXHIBIT A

**From:** Geoffrey Kalender
**To:** Sanchez-Orona, Yoma
**Cc:** Warshaw, Aaron
**Subject:** Re: Turnbull-Reilly v. Hubspot: Plaintiff"s Initial Disclosures
**Date:** Tuesday, October 6, 2026 10:44:00 PM

***[Caution: Email received from external source]***

Why don't we get on the phone tomorrow to discuss? Let me know your availability.

Geoffrey Kalender
Geoffrey Kalender, PC
New York, NY
(929) 489-0636
gk@employmentlawgk.com
employmentlawgk.com

**From:** Sanchez-Orona, Yoma <yomaris.sanchez-orona@ogletree.com>
**Sent:** Tuesday, October 6, 2026 8:51 PM
**To:** Geoffrey Kalender <gk@employmentlawgk.com>
**Cc:** Warshaw, Aaron <Aaron.Warshaw@ogletreedeakins.com>
**Subject:** RE: Turnbull-Reilly v. Hubspot: Plaintiff's Initial Disclosures

Hi Geoff,

We have experience using Gottlieb and Copolla (who, by the way, represents both sides of the v).

I will look into Steven Modica. In the meantime, I suggest we file a joint stip requesting an extension of time to file our stip selecting a mediator, since we will likely not be ready to comply by tomorrow.

Yes, we consent to service via email. I assume you will consent to same?

Thank you,

**Yomaris Sanchez-Orona | Ogletree Deakins**
1 Seneca Street, 10th Floor, Suite 1075 | Buffalo, NY 14203 | Telephone: 716-815-4860
yomaris.sanchez-orona@ogletree.com | www.ogletree.com | Bio

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Tuesday, October 6, 2026 1:35 PM
**To:** Sanchez-Orona, Yoma <yomaris.sanchez-orona@ogletree.com>
**Cc:** Warshaw, Aaron <Aaron.Warshaw@ogletreedeakins.com>

**Subject:** Re: Turnbull-Reilly v. Hubspot: Plaintiff's Initial Disclosures

***[Caution: Email received from external source]***

---

Hi Yoma,

With respect to the mediators, what is your history with them? I didn't hear anything good about Gottlieb and Coppola represents management. What are the reasons you're suggesting them?

I've used Steven Modica before and liked him.

I also have discovery requests for you. You consent to service via email?

Geoff

Geoffrey Kalender
Geoffrey Kalender, PC
New York, NY
(929) 489-0636
gk@employmentlawgk.com
employmentlawgk.com

---

**From:** Sanchez-Orona, Yoma <yomaris.sanchez-orona@ogletree.com>
**Sent:** Monday, October 5, 2026 3:49 PM
**To:** Geoffrey Kalender <gk@employmentlawgk.com>
**Cc:** Warshaw, Aaron <Aaron.Warshaw@ogletreedeakins.com>
**Subject:** RE: Turnbull-Reilly v. Hubspot: Plaintiff's Initial Disclosures

Hi Geoff,

While we separately work out the limited discovery below, I am circling back for thoughts on mediators. As you know, our joint stip is due this Wednesday.

Thanks,

**Yomaris Sanchez-Orona | Ogletree Deakins**
1 Seneca Street, 10th Floor, Suite 1075 | Buffalo, NY 14203 | Telephone: 716-815-4860
yomaris.sanchez-orona@ogletree.com | www.ogletree.com | Bio

---

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Wednesday, September 30, 2026 11:59 AM

**To:** Sanchez-Orona, Yoma <yomaris.sanchez-orona@ogletree.com>
**Cc:** Warshaw, Aaron <Aaron.Warshaw@ogletreedeakins.com>
**Subject:** Re: Turnbull-Reilly v. Hubspot: Plaintiff's Initial Disclosures

***[Caution: Email received from external source]***

---

Hi Yoma,

Hope you've been well.

With respect to the documents I'm seeking, we'd agreed to exchange a limited set of documents pre-discovery for the purposes of mediation. Defendants were to produce his complete personnel file, among other documents. Plaintiff was to produce his mitigation record, which he has.

As to my initial disclosures, I don't understand your question. We've satisfied our obligation under Rule 26.

Geoff

Geoffrey Kalender
Geoffrey Kalender, PC
New York, NY
(929) 489-0636
gk@employmentlawgk.com
employmentlawgk.com

---

**From:** Sanchez-Orona, Yoma <yomaris.sanchez-orona@ogletree.com>
**Sent:** Tuesday, September 29, 2026 8:01 AM
**To:** Geoffrey Kalender <gk@employmentlawgk.com>
**Cc:** Warshaw, Aaron <Aaron.Warshaw@ogletreedeakins.com>
**Subject:** RE: Turnbull-Reilly v. Hubspot: Plaintiff's Initial Disclosures

Hi Geoff,

Can you please confirm what you are looking for specifically?

Also, can you please advise when we can receive the rest of the documents you list in your initial disclosures?

Last, as you know, we are required to file a joint stip selecting a mediator and confirm an

th

initial mediation date by next week, **October 7** . We recommend the following local mediators: Krista Gottlieb and Lisa Copolla. Please let us know if you have any thoughts. We are happy to reach out to them both on behalf of the Parties.

**Yomaris Sanchez-Orona | Ogletree Deakins**
1 Seneca Street, 10th Floor, Suite 1075 | Buffalo, NY 14203 | Telephone: 716-815-4860
yomaris.sanchez-orona@ogletree.com | www.ogletree.com | Bio

---

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Wednesday, September 23, 2026 11:50 AM
**To:** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Cc:** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** Turnbull-Reilly v. Hubspot: Plaintiff's Initial Disclosures

***[Caution: Email received from external source]***

---

Hi Aaron,

Please see attached initial disclosures for Plaintiff. I will be sending his mitigation production shortly, hopefully later today.

Geoff
Geoffrey Kalender
Geoffrey Kalender, PC
New York, NY
(929) 489-0636
gk@employmentlawgk.com
employmentlawgk.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*