# EXHIBIT B

GK
Geoffrey Kalender, PC
Employment Law
*Representing Victims of Discrimination*
*Retaliation, and Wage Theft*

(929) 489-0636
gk@employmentlawgk.com
447 Broadway, 2nd Floor
New York, NY 10013

**Via Email**
Aaron Warshaw, Esq.
Yomaris Sanchez-Orona, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Re: *Turnbull-Reilly v. HubSpot, Inc.*, No. 6:26-cv-06512-EAW-MJP
Pre-mediation document exchange

Dear Aaron and Yoma,

Plaintiff writes to ask for Defendants' position on the pre-mediation exchange before he advises the Court.

Plaintiff agreed to an early mediation schedule on the condition that he first receive his personnel file and the documents relating to his termination. He said so in writing on August 13, the parties agreed to the exchange on August 17, and the Joint Discovery Plan (ECF No. 12 ¶9(a)) sets its completion at 30 days before the mediation session. Plaintiff produced his mitigation log on September 25 and will supplement it through October 31. Defendants' September 23 production does not include the performance improvement plan or its extensions, the termination documents, the record of the termination decision, or the triad feedback Mr. Khanna collected to evaluate the PIP (DEFS_000027). Until October 12, Defendants did not take the position that the September 23 production was the whole of the exchange.

Please let Plaintiff know by Friday, October 16, whether Defendants will produce those four categories by October 30. If not, Plaintiff will ask the Court to order the exchange or to set the mediation later in the schedule and will attach this letter. Plaintiff will hold the mediator stipulation until he has Defendants' answer and is prepared to confirm November 30 and file the stipulation the same day Defendants confirm the exchange. Thank you.

Dated 10/13/2026
New York, NY

Geoffrey Kalender