Outlook

## RE: Turnbull-Reilly v. HubSpot: Discovery Responses

**From** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Date** Thu 2026-11-19 13:01
**To** Geoffrey Kalender <gk@employmentlawgk.com>
**Cc** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>

Geoff,

Following up on your emails.

We're working on the responses to the document requests, interrogatories, and RFAs, but we may need more time past tomorrow to finalize. I'll let you know once I have a better read on timing. HubSpot's search isn't finished, and as we've said much of what you've asked for will have to come out of ESI. We can't tell you the search is done when it isn't.

On that point, we'll need to put an ESI protocol in place, as the parties anticipated in the joint discovery plan the scheduling order was built on. Since these are your requests, please send us the proposed custodians, date range, and search terms you have in mind and we'll get you comments.

We strongly disagree that the RFAs are deemed admitted. Defendants reserve all rights and objections as to them.

I also don't see a reason to involve the Court. We don't have a dispute, and there's no court deadline that needs updating.

As to your FRE 408 email, we'll still come to the January 5 mediation in good faith, and that's the proper place to talk about potential resolution.

Best,
Aaron

**Aaron Warshaw | Ogletree Deakins**
1270 Avenue of the Americas, 24th Floor | New York, NY 10020 | Telephone: 212-492-2083
aaron.warshaw@ogletree.com | www.ogletree.com | Bio

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Wednesday, November 18, 2026 11:11 AM
**To:** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Cc:** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** Re: Turnbull-Reilly v. HubSpot: Discovery Responses

***[Caution: Email received from external source]***

Hi guys,

What's up? What are we doing here?

Geoffrey Kalender
Geoffrey Kalender, PC
New York, NY
(929) 489-0636
gk@employmentlawgk.com
employmentlawgk.com

---

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Monday, November 16, 2026 15:37
**To:** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Cc:** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** RE: Turnbull-Reilly v. HubSpot: Discovery Responses

Hi Aaron,

Friday is fine for the responses. Since we haven't been able to connect by phone, here is what I'd propose in writing.

Defendants have produced 58 pages so far. As far as I can tell, most of the September set is the eight exhibits HubSpot gave the EEOC with its position statement last year, and more than half of the October set is unsigned templates and forms. Your October 21 email cited nothing for the PIP and its extensions, the HRIS export, the investigation file, or Mr. Khanna's notes and communications. You wrote Thursday that anything further will be in the ESI. Does that mean HubSpot has finished searching everything else?

With that in mind:

1. By Friday, November 20, Defendants serve written responses to the document requests and interrogatories and produce everything that doesn't depend on the ESI search.
2. For each document request, the response says either that the search is finished and everything found has been produced, or that documents remain to be collected from ESI. If the search is finished and nothing was found, the response says that.
3. With the responses, you send me a draft ESI protocol with your proposed custodians, date range, and search terms. I'll return comments within two business days.
4. ESI production is complete by December 4, which keeps us inside the 30 days in paragraph 9(a) of the discovery plan for a January 5 mediation.
5. You draft a short joint letter to Judge Pedersen with these dates and send it to me this week.

The extension covers the document requests and interrogatories. The RFAs are where my Friday email left them.

If this works, send me the draft letter. If you'd change something, tell me what.

Thanks,

Geoff

---

**From:** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Sent:** Friday, 13 November 2026 11:10:20
**To:** Geoffrey Kalender <gk@employmentlawgk.com>
**Cc:** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** Re: Turnbull-Reilly v. HubSpot: Discovery Responses

Sorry Geoff but Microsoft Teams and systems are down for me again. Can we chat on Monday morning when I hope everything is back to normal? LMK if you get this.

---

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Friday, 13 November 2026 11:04:04
**To:** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Cc:** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** Re: Turnbull-Reilly v. HubSpot: Discovery Responses

***[Caution: Email received from external source]***

---

Just tried you

Geoffrey Kalender
Geoffrey Kalender, PC
New York, NY
(929) 489-0636
gk@employmentlawgk.com
employmentlawgk.com

---

**From:** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Sent:** Friday, November 13, 2026 08:03
**To:** Geoffrey Kalender <gk@employmentlawgk.com>
**Cc:** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** RE: Turnbull-Reilly v. HubSpot: Discovery Responses

Geoff,

Our emails seem to be back online now.... Sounds good to speak at 11am. Feel free to call me then.

Regards,

Aaron

**Aaron Warshaw | Ogletree Deakins**
1270 Avenue of the Americas, 24th Floor | New York, NY 10020 | Telephone: 212-492-2083
aaron.warshaw@ogletree.com | www.ogletree.com | Bio

---

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Thursday, November 12, 2026 12:31 PM
**To:** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Cc:** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** Re: Turnbull-Reilly v. HubSpot: Discovery Responses

***[Caution: Email received from external source]***

---

Thank you for getting back to me.

An extension for your responses is fine, but I do want to put something into the court about it. Let's talk tomorrow at 11?

Geoff

Geoffrey Kalender

Geoffrey Kalender, PC

New York, NY

(929) 489-0636

gk@employmentlawgk.com

employmentlawgk.com

---

**From:** Warshaw, Aaron <aaron.warshaw@ogletree.com>
**Sent:** Thursday, November 12, 2026 12:23
**To:** Geoffrey Kalender <gk@employmentlawgk.com>

**Cc:** Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** RE: Turnbull-Reilly v. HubSpot: Discovery Responses

Hi Geoff,

This is on me. [redacted] and I dropped the ball. Can we have an extension until next Friday for our responses? At this point, any additional responsive discovery will be contained in ESI that we'll need to discuss in terms of a review protocol. I'm free tomorrow morning before 10am or 11a-noon if you want to discuss further.

Thanks,

Aaron

**Aaron Warshaw | Ogletree Deakins**
1270 Avenue of the Americas, 24th Floor | New York, NY 10020 | Telephone: 212-492-2083
aaron.warshaw@ogletree.com | www.ogletree.com | Bio

---

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Thursday, November 12, 2026 12:21 PM
**To:** Warshaw, Aaron <aaron.warshaw@ogletree.com>; Sanchez-Orona, Yoma <yomaris.sanchez-orona@ogletree.com>
**Cc:** Warshaw, Aaron <aaron.warshaw@ogletreedeakins.com>; Sanchez-Orona, Yoma <Yomaris.Sanchez-Orona@ogletreedeakins.com>
**Subject:** Re: Turnbull-Reilly v. HubSpot: Discovery Responses

***[Caution: Email received from external source]***

---

Hi again,

I request to meet and confer about Defendants' responses which were due on 11/6/2026.

Can one of you please confirm receipt of my email, tell me when I should expect responses, and propose times to meet and confer?

Thank you

Geoffrey Kalender

Geoffrey Kalender, PC

New York, NY

(929) 489-0636

gk@employmentlawgk.com

employmentlawgk.com

---

**From:** Geoffrey Kalender <gk@employmentlawgk.com>
**Sent:** Monday, November 09, 2026 20:42
**To:** Aaron Warshaw <aaron.warshaw@ogletree.com>; Sanchez-Orona, Yoma <yomaris.sanchez-orona@ogletree.com>
**Subject:** Turnbull-Reilly v. HubSpot: Discovery Responses

Hi Aaron and Yoma,

Hope you've been well. I show that Defendants' responses to Plaintiff's 1st set of Discovery Requests were due last Friday. Can you please let me know when I should expect your production?

Thank you,

Geoff

Geoffrey Kalender

Geoffrey Kalender, PC

New York, NY

(929) 489-0636

gk@employmentlawgk.com

employmentlawgk.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*