Outlook

## Turnbull-Reilly v. HubSpot: ESI Proposal

**From** Geoffrey Kalender <gk@employmentlawgk.com>
**Date** Mon 2026-11-23 16:12
**To** Aaron Warshaw <aaron.warshaw@ogletree.com>
**Cc** Yoma Sanchez-Orona <Yomaris.Sanchez-Orona@ogletreedeakins.com>

Hi Aaron,

You asked on Thursday for proposed custodians, a date range, and search terms. Those are below.

Before that, Requests 7 through 10 and 16 ask for the PIP, its extensions, the termination documents, and the documents behind paragraph 56 of the Answer, which says the termination "was supported by documented feedback from multiple sources." Paragraph 34 of the Answer refers to "the written PIP documentation."

Is it HubSpot's position that any of those documents can only be found through an ESI search? If so, which ones, and in which system? I don't see why they would wait on search terms, and I'd like them now. I am also putting in a letter to the Court regarding the overdue discovery responses.

For the remaining requests, I propose:

1. Custodians: Varun Khanna, Jasmine Daniels, Craig Belinfanti, Caroline Steiner, Maggie Georgieva, Kate Nazarian, the Compliance Representative as defined in the requests, and Mr. Khanna's supervisor.
2. Sources: email, Slack (direct messages, group messages, and channels), Google Workspace files, and calendars.
3. Date range: May 1, 2024 through the present, as defined in the requests.
4. Search terms: Turnbull, Reilly, and his email address and Slack handle; PIP; "performance improvement"; "parental leave"; paternity; HRC0020383; 0041aa25; Convercent; and 4748.
5. No search terms for Request 13. That is the complete Slack export between Mr. Khanna and Ms. Georgieva from April 1 through June 30, 2025.

Please send me hit counts by custodian and term so we can narrow anything that runs high, and a draft of the protocol itself with your comments.

Thanks,

Geoff

**Geoffrey Kalender**

**Attorney**
929.489.0636 voice, 929.989.4104 text
447 Broadway, 2nd Floor, New York, NY 10013
gk@employmentlawgk.com
www.employmentlawgk.com

GK GEOFFREY KALENDER EMPLOYMENT LAW
Representing Victims of Discrimination,Retaliation, and Wage Theft